UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

KRISTY MARTIN,

       Plaintiff,

                                                        Case No.: 19-cv-635

    v.

FASTENAL COMPANY

       Defendant

---

## STIPULATION OF DISMISSAL

---

The parties hereby stipulate that, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), all claims and causes of action may be dismissed upon the merits, with prejudice and without costs to either party.

| | |
|---|---|
| Dated: October 1, 2019 | By: **s/ *Scott S. Luzi*** <br> Scott S. Luzi, SBN 1067405 <br> Walcheske & Luzi, LLC <br> 15850 W. Bluemound Road, Suite 304 <br> Brookfield, Wisconsin 53005 <br> Phone: 262.780.1953 <br> Email: sluzi@walcheskeluzi.com <br><br> *Attorneys for Plaintiff* |
| Dated: October 1, 2019 | By: **s/ *Keith E. Kopplin*** <br> Keith E. Kopplin, SBN 1044861 <br> Ogletree, Deakins, Nash, Smoak & Stewart, P.C. <br> 1243 North 10th Street, Suite 200 <br> Milwaukee, Wisconsin 53205 <br> Phone: 414.239.6406 <br> Email: keith.kopplin@ogletree.com <br><br> *Attorneys for Defendant* |